

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-13-00104-CR

Style:                      Raephil Johnson

                            **v** The State of Texas

Date motion filed*:         August 5, 2013

Type of motion:             Motion for extension of time within which to file the appellant's brief

Party filing motion:        Appellant

Document to be filed:       Appellant's brief

Is appeal accelerated?      No

If motion to extend time:
    Original due date:                              April 24, 2013
    Number of previous extensions granted:      1          Current Due date: June 24, 2013
    Date Requested:                             September 6, 2013

Ordered that motion is:

    ☑    Granted

          If document is to be filed, document due: September 6, 2013

          ☑    **No further extensions of time will be granted**

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

_____

_____

_____

_____

_____

Judge's signature:   /s/ Laura C. Higley
              ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: August 8, 2013